UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ZAAL VENTURES CORP., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 20-12054-LTS |
| CHARLES D. BAKER, in his official capacity as Governor of Massachusetts, et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

JUDGMENT

March 17, 2021

Pursuant to the Court's Order, Doc. No. 28, dated March 17, 2021, Counts I and II of Plaintiffs' Amended Complaint are DISMISSED WITH PREJUDICE. Each side shall bear its own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge